# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

November 4, 2004

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

No. 03-2802

| | |
|---|---|
| GARY HERRON, <br>     *Plaintiff-Appellant*, <br><br>   v. <br><br> DAIMLERCHRYSLER <br> CORPORATION, <br>     *Defendant-Appellee*. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. <br><br> No. 00 C 1838 <br><br> Sarah Evans Barker, <br> *Judge*. |

**O R D E R**

The slip opinion issued in the above-entitled cause on November 3, 2004, is amended as follows:

On page 1, in the lower court information, the name of the District Court Judge should be modified to reflect:

**Sarah Evans Barker,** *Judge.*